## SMITH & CO. v. PATRICK.

Court of Appeals of Kentucky.

(Decided June 23, 1933.)

J. B. CLARKE for movant.

EDWARD L. ALLEN for movee.

PER CURIAM.

Action for $202.89; motion for appeal denied from judgment dismissing petition.

## HARRIS V. COMMONWEALTH.

Court of Appeals of Kentucky.

(Decided Sept. 26, 1933.)

O. H. BROOKS and B. C. SEAY for movant.

BAILEY P. WOOTTON, Attorney General, and H. HAMILTON RICE, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.

## HINES V. COMMONWEALTH.

Court of Appeals of Kentucky.

(Decided Sept. 29, 1933.)

HEAVRIN & MARTIN for movant.

KIRK & BARTLETT, and BAILEY P. WOOTTON, Attorney General, and H. HAMILTON RICE, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.